IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| United States of America | Case No. 3:19-cr-00108-TLW-1 |
|---|---|
| v. | **Order** |
| John Hardee | |

This matter is before the Court on Defendant's motion to file under seal a sentencing memorandum, which he represents will include a discussion of his medical history and will include medical records as exhibits to the memorandum. Based on the authorities cited in the motion and the privacy concerns implicated, the Court finds that he has shown good cause to seal this document as to his medical history and medical records. The remaining portions of the sentencing memorandum shall be filed publicly and not under seal. Accordingly, Defendant's motion, ECF No. 48, is **GRANTED IN PART** as set forth above.

    **IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

September 30, 2019
Columbia, South Carolina

1